■ JACK R. MCDERMOTT, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 74338.)—Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Quigley, J. (Appeal from Judgment of Court of Claims, Quigley, J.—Negligence.) Present—Denman, P. J., Boomer, Green, Balio and Doerr, JJ.